**In re: Willie REYNOLDS, Petitioner.**

**No. 10–1147.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 15, 2010.

Decided: Oct. 12, 2010.

Willie Reynolds, Petitioner Pro Se.

Before NIEMEYER, MOTZ, and
SHEDD, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Willie Reynolds has petitioned this court
for a writ of mandamus. In his petition,
Reynolds asks this court to order the dis-
trict court to rule on his 18 U.S.C.
§ 3582(c)(2) (2006) motion for sentence re-
duction, as well as his motion to expedite
the proceedings before the district court.
Reynolds has also filed a motion to expe-
dite the proceedings before this court.
Our review of the district court's docket
reveals that the district court denied
Reynolds' § 3582(c)(2) motion on Septem-
ber 10, 2010, thereby rendering the motion
to expedite pending in the district court
moot. Accordingly, we deny Reynolds'
mandamus petition and motion to expedite
before this court as moot. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*PETITION DENIED.*